IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HOWARD HARRIS,

      Petitioner,            No. CIV S-00-0157 FCD KJM P

  vs.

A.A. LAMARQUE, et al.,

      Respondents.     ORDER

_____/

      On July 12, 2006, petitioner filed a document titled "Request For Reconsideration Due To Actual Innocense And Advisory Counsel Bad Faith Acts."  Petitioner's application for writ of habeas corpus was dismissed on October 17, 2003.  Petitioner is advised that the document filed on July 12, 2006, and any documents filed in the future in this action will be placed in the court's file and disregarded.

DATED:  July 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
harr0157.158